IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* ) |  |
| ) |  |
| LILIAN DEL CARMEN HERNANDEZ ) | Chapter 7 |
| SSN: XXX-XX-3177 ) | Case No. 13-29105-EEB |
| ) |  |
| *Debtor.* ) |  |

### APPLICATION TO EMPLOY CONNOLLY & LOFSTEDT, P.C. AS COUNSEL TO TRUSTEE

Dennis W. King, the Chapter 7 trustee ("*Trustee*") of the bankruptcy estate of Lilian Del Carmen Hernandez, by his undersigned counsel, hereby applies to this Court for authorization to employ Connolly & Lofstedt, P.C. ("*C&L*") as counsel to Trustee pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014.  In support hereof, Trustee states as follows:

1. Lilian Del Carmen Hernandez ("*Debtor*") filed a voluntary Chapter 7 bankruptcy petition on November 15, 2013 (the "*Petition Date*").  Trustee was the duly appointed and acting Chapter 7 trustee of the estate.  The case was closed on October 1, 2014.

2. The case was reopened on March 5, 2019.  Trustee was reappointed as the Chapter 7 trustee of the bankruptcy estate.

3. Trustee wishes to hire C&L to assist Trustee in the investigation the bankruptcy estate's interest in real property that Debtor did not list on the Petition Date but now claims is her property and to assist Trustee in all other legal matters which require the assistance of counsel.

4. Trustee requests that C&L be appointed as his counsel in this case.  Trustee has chosen C&L because of C&L's experience in bankruptcy and litigation matters.

5. C&L is willing to perform such services on Trustee's behalf and its employment would be in the best interests of the estate.

6. C&L will charge Trustee for fees and expenses incurred in these proceedings based on its normal hourly rates charged by the firm for similar clients.  Tom H. Connolly and Joli A. Lofstedt will be the attorneys responsible in this case.  Mr. Connolly's hourly rate is $400.00 and Ms. Lofstedt's hourly rate is $340.00.

7. C&L will not receive compensation and reimbursement of expenses except in accordance with the Bankruptcy Code and Rules and will abide by all fee procedures ordered by this Court.

8. To the best of Trustee's knowledge, C&L is a disinterested person and does not hold or represent an interest adverse to Trustee or the estate.  C&L does not have any connection with Trustee, Debtor, Debtor's creditors, or any other party in interest or their respective attorneys and

accountants, the United States Trustee, or any person employed in the office of the United States Trustee; except that (a) Daniel A. Hepner, P.C. ("*DAH*") rents office space from C&L but DAH and C&L are independent of one another and there is no agreement between the two firms to share fees; (b) Trustee, Tom H. Connolly and Joli A. Lofstedt of C&L and Daniel A. Hepner of DAH are members of the panel of private trustees for the District of Colorado; and (c) Trustee has engaged C&L as legal counsel in other unrelated matters.  Attached hereto as "**Exhibit A**" is the Affidavit of Joli A. Lofstedt, which states that C&L is a disinterested person under 11 U.S.C. §§101 and 327 and does not hold or represent an interest adverse to Trustee or the estate.

**WHEREFORE**, Trustee respectfully requests that the Court enter an Order, the form of which is submitted herewith, authorizing the employment of C&L as counsel to Trustee effective as of the date of this Application, to be compensated as set forth herein and pursuant to the Bankruptcy Code and Rules, and for such other and further relief as the Court deems proper.

Dated:  March 8, 2019.   Respectfully submitted,

*/s/ Joli A. Lofstedt*
Joli A. Lofstedt, Esq. #21946
CONNOLLY & LOFSTEDT, P.C.
950 Spruce St., Ste. 1C
Louisville, CO 80027
Tel. (303) 661-9292
Fax (303) 661-9555
joli@clpc-law.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 8, 2019, I served by prepaid first class mail a copy of the documents entitled **APPLICATION TO EMPLOY CONNOLLY & LOFSTEDT, P.C. AS COUNSEL TO TRUSTEE**, together with the **AFFIDAVIT OF JOLI A. LOFSTEDT** and **PROPOSED ORDER** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and these L.B.R. at the following addresses:

**Via CM/ECF**:
United States Trustee
Dennis W. King
Nicholas Craig Horvath
Alison Goldenberg

Lilian Del Carmen Hernandez
5519 Eagle St.
Denver, CO 80239

GE Capital Retail Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

*/s/ Brenda J. Comstock*
Brenda J. Comstock, Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* ) | |
| ) | |
| LILIAN DEL CARMEN HERNANDEZ ) | Chapter 7 |
| SSN: XXX-XX-3177 ) | Case No. 13-29105-EEB |
| ) | |
| *Debtor.* ) | |

**AFFIDAVIT OF JOLI A. LOFSTEDT IN SUPPORT OF APPLICATION TO EMPLOY CONNOLLY & LOFSTEDT, P.C. AS COUNSEL TO THE ESTATE**

STATE OF COLORADO    )
                     ) ss.
COUNTY OF BOULDER    )

I, Joli A. Lofstedt, of the firm of Connolly & Lofstedt, P.C. ("*C&L*"), being first duly sworn upon my oath, hereby state, depose and affirm the following:

1. C&L is engaged in the practice of law and maintains an office at 950 Spruce Street, 1C, Louisville, Colorado 80027.

2. I am a shareholder of C&L, an attorney licensed to practice law in the State of Colorado, and a member of this Court.

3. C&L is a disinterested person under 11 U.S.C. §§ 101 and 327, and does not have, to the best of my knowledge, any connection with Trustee, Debtor, Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except that (a) Daniel A. Hepner, P.C. ("*DAH*") rents office space from C&L but DAH and C&L are independent of one another and there is no agreement between the two firms to share fees; (b) Trustee, Tom H. Connolly and Joli A. Lofstedt of C&L and Daniel A. Hepner of DAH are members of the panel of private trustees for the District of Colorado; and (c) Trustee has engaged C&L as legal counsel in other unrelated matters.

4. C&L is not a creditor, equity security holder or insider of the Debtor and does not hold or represent an interest adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

5. C&L does not, to the best of my knowledge, and insofar as I have been able to ascertain, hold or represent an interest adverse to Trustee or the estate in matters upon which C&L is to be engaged.

Exhibit A

6. Trustee will be charged for fees and expenses incurred in these proceedings based on the normal rates charged by this firm for similar clients. C&L will abide by all fee procedures contained in the Bankruptcy Code and Rules and any additional procedures ordered by this Court.

FURTHER AFFIANT SAYETH NOT.

_____
Joli A. Lofstedt

SUBSCRIBED AND SWORN TO before me this 8th day of March, 2019, by Joli A. Lofstedt.

Witness my hand and official seal.

My Commission expires: October 6, 2021

_____
Notary Public

CHRISTINA M BEVEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014027490
MY COMMISSION EXPIRES OCTOBER 6, 2021

2