```
                          United States Bankruptcy Court
                              District of Colorado
In re:                                                        Case No. 13-29105-EEB
Lilian Del Carmen Hernandez                                   Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 1082-1            User: admin                   Page 1 of 3              Date Rcvd: Jul 11, 2019
                                Form ID: 152                  Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Lilian Del Carmen Hernandez,    5519 Eagle St.,    Denver, CO 80239-3817
15735655       +Ameripath Arvada,    Colorado Pathology Consultants,    PO Box 84027,    Dallas, TX 75284-0001
15735659       +Best Buy,    631 N. Stephanie St.,    Henderson, NV 89014-2633
15735666      ++CHILDREN S HOSPITAL COLORADO,    13123 EAST 16TH AVENUE,    B545,   AURORA CO 80045-7106
                (address filed with court:  Children's Hospital Colorado,     PO Box 911611,    Denver, CO 80291)
15735661       +Carepoint P.C.,    PO BOX 3495,    Toledo, OH 43607-0495
15735668       +Denver County Court,    520 Colfax Ave, Room 160,    Attn  Restitution Dep't,
                Denver, CO 80204-2603
15735671       +Exempla St Joseph Hospital,    PO Box 372730,    Denver, CO 80237-6730
15735672        FAMSA INC,    2727 LBJ HWY,    Dallas, TX 75234
15735673       +Farrell & Selden,    7807 PeakView Ave Ste 410,    Englewood, CO 80111-6849
15735674        First Eagle Funding,    c/o Abelman Law Office,    9725 East Hampden Avenue, Suite 430,
                Denver, CO 80231-4919
15735677       +Green Valley Ranch Medical Clinic Prof,    4809 Argonne Street Suite 100,
                Denver, CO 80249-6835
15735679       +I.C. System, Inc,    8310 South Valley Highway,    Suite 300,    Englewood, CO 80112-5815
15735680     ++++JP MORGAN CHASE BANK NA,   C/O INTEGRITY SOLUTION SERVICES, INC.,     2070 LITTLE HILLS EXPY,
                SAINT CHARLES MO  63301-3708
                (address filed with court:  JP Morgan Chase Bank NA,    c/o Integrity Solution Services, Inc.,
                20 Corporate Hills Dr.,    Saint Charles, MO 63301-3749)
15735681       +Key Bank,    4005 Chambers Rd.,    Denver, CO 80239-5903
15735682       +Liberty Acquisitions,    PO Box 17210,    Golden, CO 80402-6020
15735685        Mercantile Adjustment Bureau, LLC,    PO Box 9054,    Buffalo, NY 14231-9054
15735687       +Money Tree,    PO Box 58363,    Seattle, WA 98138-1363
15735690        Plaza Recovery Inc.,    PO Box 18008,    Hauppauge, NY 11788
15735692       +Progressive,    c/o Charles Darrah & Associates,    99 Inca St.,    Denver, CO 80223-1523
15735693        RD Fuller Company, LLC,    c/o Machol & Johannes, LLC,    717 17th Street, Suite 2300,
                Denver, CO 80202-3317
15735694       +Revenue Enterprises,    PO Box 441368,    Aurora, CO 80044-1368
15735695        Rocky Mtn Youth Medical,    9191 Grant Street,    Suite 100,    Thornton, CO 80229-4361
15735696       +Rose Medical Center,    PO Box 99008,    Bedford, TX 76095-9108
15735701      ++TCF NATIONAL BANK,    1405 XENIUM LANE,    MC OPS-SD-G,    PLYMOUTH MN 55441-4402
                (address filed with court:  TCF Bank,    801 Marquette Ave,    Minneapolis, MN 55402-3475)
15735705       +TU Interactive,    100 Cross St.,    #202,   San Luis Obispo, CA 93401-7570
15735702       +The Best Service Company,    10780 Santa Monica Blvd. Suite 140,    Los Angeles, CA 90025-7613
15735703       +The Collection Bureau,    11160 Huron Street,    Suite #201A,    Denver, CO 80234-3335
15735704        The Gritty Solutions Svcs,    4370 W. 109th Ave.,    Suite 100,    Seattle, WA 98154
15735706       +Universal Recovery Corp.,    2880 Sunrise Blvd,    Suite 138,    Rancho Cordova, CA 95742-6103
15735707        University Phyicians Inc,    8080 Park Meadows Dr,    Lone Tree, CO 80124-2557
15735709        Victoria Insurance Group,    P.O. Box 7729,    Phoenix, AZ 85011
15735712       +Woodhaven Management,    c/o Hopkins, Tschetter, Sulzer PC,    3600 S. Yosemite St. #828,
                Denver, CO 80237-1830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: dking@iq7technology.com Jul 12 2019 10:51:48      Dennis W. King,    PO Box 460609,
                Aurora, CO  80046-0609
15735650       +EDI: AARGON.COM Jul 12 2019 06:13:00      AARGON,   AAI,    8668 Spring Mountain Rd,
                Las Vegas, NV 89117-4132
15735651       +EDI: ACECASHXPRESS.COM Jul 12 2019 06:13:00      Ace Cash Express,    15037 Colfax Ave.,
                Aurora, CO 80011-5777
15735652       +E-mail/Text: bankruptcy@speedyinc.com Jul 12 2019 10:53:14      Ad Astra Recovery Services, Inc.,
                3607 North Ridge Road Ste. 106,    Wichita, KS 67205-1232
15735653       +E-mail/Text: bnc@advanceamerica.net Jul 12 2019 10:53:29      Advance America,
                5125 Chambers Rd,    Suite 2,   Denver, CO 80239-4392
15735654       +EDI: AFNIRECOVERY.COM Jul 12 2019 06:13:00      Afni, inc.,    PO Box 3427,
                Bloomington, IL 61702-3427
16092958        EDI: AIS.COM Jul 12 2019 06:18:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
15735656       +E-mail/Text: gremly@jgandersonpc.com Jul 12 2019 10:53:22      Anderson & Keil,
                12101 E. 2nd Ave. #202,    Aurora, CO 80011-8328
15735657       +E-mail/Text: teamsupport@loanstop.com Jul 12 2019 10:53:43      B & R Check Holders,
                13700 E. Alameda Ave,    Aurora, CO 80012-2532
15735658       +E-mail/Text: bknotices@bankofthewest.com Jul 12 2019 10:53:37      Bank Of the West,
                Po Box 8160,   Walnut Creek, CA 94596-8160
15735660        EDI: CAPITALONE.COM Jul 12 2019 06:13:00      Capitol One Bank,    P.O.Box 85015,
                Richmond, VA 23285
15735665       +EDI: CHASE.COM Jul 12 2019 06:18:00      Chase,   800 Brooksedge Blvd.,
                Westerville, OH 43081-2822
15735667       +EDI: CCS.COM Jul 12 2019 06:18:00      Credit Collection Services,    2 Wells Ave.,    Dept 9134,
                Newton Center, MA 02459-3225
15735675       +EDI: AMINFOFP.COM Jul 12 2019 06:13:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
```

```
District/off: 1082-1          User: admin              Page 2 of 3              Date Rcvd: Jul 11, 2019
                              Form ID: 152             Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15754901         EDI: RMSC.COM Jul 12 2019 06:13:00      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
15735676        +EDI: RMSC.COM Jul 12 2019 06:13:00      GE money Bank,    PO Box 981417,    El Paso, TX 79998-1417
15735678        +EDI: HFC.COM Jul 12 2019 06:13:00       HSBC,   Hsbc Card Srvs Attn Bankruptcy,    Po Box 5213,
                  Carol Stream, IL 60197-5213
15735683        +E-mail/Text: teamsupport@loanstop.com Jul 12 2019 10:53:43       Loan Stop,
                  13700 E. Alameda Ave.,    Aurora, CO 80012-2531
15735684        +EDI: MID8.COM Jul 12 2019 06:13:00      MCM,    Dept 12421,   PO Box 1259,    Oaks, PA 19456-1259
15735686        +EDI: MID8.COM Jul 12 2019 06:13:00      Midland Credit Managment, Inc.,
                  8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
15735688        +E-mail/Text: bankruptcydepartment@tsico.com Jul 12 2019 10:53:54       NCO Finacial Systems,
                  PO Box  15537,   Wilmington, DE 19850-5537
15735689        +EDI: PINNACLE.COM Jul 12 2019 06:13:00      Pinnacle Financial Group,
                  7825 Washington Ave. South Suite 310,   Minneapolis, MN 55439-2424
15735691        +EDI: HCA2.COM Jul 12 2019 06:13:00      Presbyterian St. Luke's Medical Center,    PO Box 99400,
                  Louisville, KY 40269-0400
15735697         E-mail/Text: bankruptcies@libertymutual.com Jul 12 2019 10:53:27       Safeco Insurance,
                  Po Box 6478,   Carol Stream, IL 60197-6478
15735698        +E-mail/Text: compliance@sentrycredit.com Jul 12 2019 10:54:01       Sentry Credit Inc.,
                  2809 Grand Ave.,   Everett, WA 98201-3417
15735699        +E-mail/Text: bankruptcy@speedyinc.com Jul 12 2019 10:53:14       Speedy Cash,   6501 E Evans Ave,
                  Denver, CO 80224-2323
15735700         EDI: AISTMBL.COM Jul 12 2019 06:13:00     T-Mobile,    PO Box 660252,    Dallas, TX 75266
15735708        +EDI: VERIZONCOMB.COM Jul 12 2019 06:13:00      Verizon,    PO BOX 660108,    Dallas, TX 75266-0108
15735710        +E-mail/Text: bankruptcyreports@wakeassoc.com Jul 12 2019 10:53:56       Wakefield & Associates,
                  830 E Platte Ave Ste A,    PO BOX 58,   Fort Morgan, CO 80701-0058
15735711        +EDI: WFFC.COM Jul 12 2019 06:13:00      Wells Fargo,    4701 S. Peoria St., #109,
                  Denver, CO 80239-2850
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15735663          Cavalry Portfolio Services
15735662*        +Carepoint, P.C.,   PO Box 3495,    Toledo, OH 43607-0495
15735664        ##+Chackmate,   PO Box 45208,   Phoenix, AZ 85064-5208
15735669        ##Denver Health,    PO Box 5426,   Denver, CO 80217-5426
15735670        ##EOS CCA,    PO Box 296,   Norwell, MA 02061-0296
                                                                                             TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
              Alison Goldenberg    on behalf of U.S. Trustee    US Trustee Alison.Goldenberg@usdoj.gov,
               janice.hensen@usdoj.gov
              Daniel J. Vedra    on behalf of Debtor Lilian Del Carmen Hernandez Dan@vedralaw.com
              Dennis W. King    kingdj7@aol.com, dking@iq7technology.com
              J. Brian Fletcher    on behalf of Trustee Dennis W. King jbfletcher@OFJlaw.com,
               jbfletcher@ecf.courtdrive.com;mschlabaugh@ecf.courtdrive.com

```
District/off: 1082-1          User: admin              Page 3 of 3              Date Rcvd: Jul 11, 2019
                              Form ID: 152             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joli A. Lofstedt   on behalf of Trustee Dennis W. King joli@ofjlaw.com, mschlabaugh@ofjlaw.com
        Nicholas Craig Horvath   on behalf of Debtor Lilian Del Carmen Hernandez Craig.Horvath@clientfirstbankruptcy.com
        US Trustee   USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 7

(COB Form nopd.jsp #152)(10/11)

## UNITED STATES BANKRUPTCY COURT
District of Colorado

Lilian Del Carmen Hernandez  
Debtor(s)  
Debtor SSN/TaxId Nos.:  
xxx−xx−3177  
Joint Debtor SSN/Tax Id Nos.:

Case Number.: 13−29105−EEB  
Chapter: 7

Debtor(s)  
aka(s), if any will be listed on the following page

### NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 10/15/19 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

Clerk of the Bankruptcy Court  
U.S. Custom House  
721 19th Street  
Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 7/11/19

s/ Dennis W. King  
PO Box 460609  
Aurora, CO 80046−0609

**Aliases Page**
**Debtor aka(s):**
No Aliases for Debtor