# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LILIAN DEL CARMEN HERNANDEZ, ) | Case No. 13-29105-EEB |
| SSN: xxx-xx-3177 ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

## VERIFIED STATEMENT OF JIM MACGUIRE

I, Jim MacGuire, hereby declare under penalty of perjury:

1. I am a licensed real estate broker and member of MacGuire & Associates, Inc. ("M&A").

2. I am being employed by Trustee to market and sell a 100% interest in real property located at 5519 Eagle Street, Denver, Colorado 80239 (the "Property"), pursuant to a Exclusive Right-to-Sell Listing Contract (the "Listing Agreement").

3. I have extensive experience in real estate sales. I am fully qualified to perform the services for which I am being employed by Trustee.

4. The Property will be listed for $305,000.00.

5. The fees to be charged to sell the Property will be six percent (6%) of the gross selling price plus applicable Colorado gross receipts taxes. MacGuire and I understand that a sale of the Property, and their right to commission or reimbursement of expenses, may be consummated only after notice and Court approval.

6. Except as disclosed herein, to the best of my knowledge, neither I nor M&A have any connection with Debtor, the creditors, the U.S. Trustee, or any person employed by the U.S. Trustee, or any other party in interest, and neither I nor M&A represent any interest adverse to the estate; except that: (a) M&A and I have been employed by Tom H. Connolly, in his capacity as a Chapter 7 panel trustee in other unrelated matters; (b) Connolly & Lofstedt, P.C. ("C&L") was previously employed by Trustee in this case; (c) Tom H. Connolly and Joli A. Lofstedt, P.C. were shareholders of C&L; and (d) Joli A. Lofstedt is currently Of Counsel to Onsager | Fletcher | Johnson LLC who was substituted in as counsel to Trustee in this case.

7. I am aware of the provisions of 11 U.S.C. § 328 and understand that the Court might allow compensation different from the compensation set forth in the Listing Agreement based on developments not anticipated at this time. I further understand that the payment of any real estate commissions and reimbursement of expenses requires Court approval

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of October, 2019.

**MacGuire & Associates, Inc.**

By: _____
Jim MacGuire

Its: Managing Member