**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| LILIAN DEL CARMEN HERNANDEZ, | ) Case No. 13-29105-EEB |
| SSN: xxx-xx-3177 | ) |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

**CERTIFICATE OF SERVICE**

**9013-1 Certificate of Service of Motion, Notice and Proposed Order**

I hereby certify that on October 3, 2019, I served a complete copy of the **TRUSTEE'S MOTION TO EMPLOY BROKER**, notice as prepared by L.B.R. 9013-1, exhibits, and proposed order on the following parties (and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alison Goldenberg, Esq.
Nicholas Craig Horvath, Esq.
Daniel J. Vedra, Esq.

I further certify that on October 3, 2019, I served a complete copy of this **TRUSTEE'S MOTION TO EMPLOY BROKER**, notice as prepared by L.B.R. 9013-1, exhibits, and proposed order on the following parties via first class United States mail, postage prepaid:

Kenneth J. Buechler
999 18th St., Suite 1230S
Denver, CO 80202

**2002-1 Certificate of Service of Notice**

I further certify that on October 3, 2019, I served by prepaid first class mail a copy of the foregoing Notice in accordance with Fed. R. Bankr. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on October 3, 2019, and if applicable, other interested parties the movant mailed notice at the following addresses.

Dated:  October 3, 2019                              By:    *s/ Misty L. Schlabaugh*
                                                                        Misty L. Schlabaugh

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-29105-EEB<br>District of Colorado<br>Denver<br>Thu Oct  3 14:44:55 MDT 2019 | AARGON<br>AAI<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117-4132 | Ace Cash Express<br>15037 Colfax Ave.<br>Aurora, CO 80011-5777 |
| Ad Astra Recovery Services, Inc.<br>3607 North Ridge Road Ste. 106<br>Wichita, KS 67205-1232 | Advance America<br>5125 Chambers Rd<br>Suite 2<br>Denver, CO 80239-4392 | Afni, inc.<br>PO Box 3427<br>Bloomington, IL 61702-3427 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Ameripath Arvada<br>Colorado Pathology Consultants<br>PO Box 84027<br>Dallas, TX 75284-0001 | Anderson & Keil<br>12101 E. 2nd Ave. #202<br>Aurora, CO 80011-8328 |
| B & R Check Holders<br>13700 E. Alameda Ave<br>Aurora, CO 80012-2532 | Bank Of the West<br>Po Box 8160<br>Walnut Creek, CA 94596-8160 | Best Buy<br>631 N. Stephanie St.<br>Henderson, NV 89014-2633 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Carepoint P.C.<br>PO BOX 3495<br>Toledo, OH 43607-0495 | Chackmate<br>PO Box 45208<br>Phoenix, AZ 85064-5208 |
| Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081-2822 | (p)CHILDREN S HOSPITAL COLORADO<br>13123 EAST 16TH AVENUE<br>B545<br>AURORA CO 80045-7106 | Credit Collection Services<br>2 Wells Ave.<br>Dept 9134<br>Newton Center, MA 02459-3225 |
| Denver County Court<br>520 Colfax Ave, Room 160<br>Attn  Restitution Dep't<br>Denver, CO 80204-2603 | Denver Health<br>PO Box 5426<br>Denver, CO 80217-5426 | EOS CCA<br>PO Box 296<br>Norwell, MA 02061-0296 |
| Exempla St Joseph Hospital<br>PO Box 372730<br>Denver, CO 80237-6730 | FAMSA INC<br>2727 LBJ HWY<br>Dallas, TX 75234 | Farrell & Selden<br>7807 PeakView Ave Ste 410<br>Englewood, CO 80111-6849 |
| First Eagle Funding<br>c/o Abelman Law Office<br>9725 East Hampden Avenue, Suite 430<br>Denver, CO 80231-4919 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | J. Brian Fletcher<br>1801 Broadway<br>Ste. 900<br>Denver, CO 80202-3858 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | GE money Bank<br>PO Box 981417<br>El Paso, TX 79998-1417 | Alison Goldenberg<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |

| | | |
|---|---|---|
| Green Valley Ranch Medical Clinic Prof<br>4809 Argonne Street Suite 100<br>Denver, CO 80249-6835 | HSBC<br>Hsbc Card Srvs Attn  Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | Lilian Del Carmen Hernandez<br>5519 Eagle St.<br>Denver, CO 80239-3817 |
| Nicholas Craig Horvath<br>1150 W Littleton Blvd.<br>Ste. 100<br>Littleton, CO 80120-2373 | I.C. System, Inc<br>8310 South Valley Highway<br>Suite 300<br>Englewood, CO 80112-5815 | (c)JP MORGAN CHASE BANK NA<br>C/O INTEGRITY SOLUTION SERVICES, INC.<br>2070 LITTLE HILLS EXPY<br>SAINT CHARLES MO  63301-3708 |
| Key Bank<br>4005 Chambers Rd.<br>Denver, CO 80239-5903 | Dennis W. King<br>PO Box 460609<br>Aurora, CO 80046-0609 | Liberty Acquisitions<br>PO Box 17210<br>Golden, CO 80402-6020 |
| Loan Stop<br>13700 E. Alameda Ave.<br>Aurora, CO 80012-2532 | Joli A. Lofstedt<br>1801 Broadway<br>Ste. 900<br>Denver, CO 80202-3858 | MCM<br>Dept 12421<br>PO Box 1259<br>Oaks, PA 19456-1259 |
| Mercantile Adjustment Bureau, LLC<br>PO Box 9054<br>Buffalo, NY 14231-9054 | Midland Credit Managment, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Money Tree<br>PO Box 58363<br>Seattle, WA 98138-1363 |
| NCO Finacial Systems<br>PO Box  15537<br>Wilmington, DE 19850-5537 | Pinnacle Financial Group<br>7825 Washington Ave. South Suite 310<br>Minneapolis, MN 55439-2424 | Plaza Recovery Inc.<br>PO Box 18008<br>Hauppauge, NY 11788 |
| Presbyterian St. Luke's Medical Center<br>PO Box 99400<br>Louisville, KY 40269-0400 | Progressive<br>c/o Charles Darrah & Associates<br>99 Inca St.<br>Denver, CO 80223-1523 | RD Fuller Company, LLC<br>c/o Machol & Johannes, LLC<br>717 17th Street, Suite 2300<br>Denver, CO 80202-3317 |
| Revenue Enterprises<br>PO Box 441368<br>Aurora, CO 80044-1368 | Rocky Mtn Youth Medical<br>9191 Grant Street<br>Suite 100<br>Thornton, CO 80229-4361 | Rose Medical Center<br>PO Box 99008<br>Bedford, TX 76095-9108 |
| Safeco Insurance<br>Po Box 6478<br>Carol Stream, IL 60197-6478 | Sentry Credit Inc.<br>2809 Grand Ave.<br>Everett, WA 98201-3417 | Speedy Cash<br>6501 E Evans Ave<br>Denver, CO 80224-2323 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | (p)TCF NATIONAL BANK<br>1405 XENIUM LANE<br>MC OPS-SD-G<br>PLYMOUTH MN 55441-4402 | TU Interactive<br>100 Cross St.<br>#202<br>San Luis Obispo, CA 93401-7570 |

| | | |
|---|---|---|
| The Best Service Company<br>10780 Santa Monica Blvd. Suite 140<br>Los Angeles, CA 90025-7613 | The Collection Bureau<br>11160 Huron Street<br>Suite #201A<br>Denver, CO 80234-3335 | The Gritty Solutions Svcs<br>4370 W. 109th Ave.<br>Suite 100<br>Seattle, WA 98154 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Universal Recovery Corp.<br>2880 Sunrise Blvd<br>Suite 138<br>Rancho Cordova, CA 95742-6103 | University Phyicians Inc<br>8080 Park Meadows Dr<br>Lone Tree, CO 80124-2557 |
| Daniel J. Vedra<br>1435 Larimer St.<br>Ste. 302<br>Denver, CO 80202-1843 | Verizon<br>PO BOX 660108<br>Dallas, TX 75266-0108 | Victoria Insurance Group<br>P.O. Box 7729<br>Phoenix, AZ 85011 |
| Wakefield  & Associates<br>830 E Platte Ave Ste A<br>PO BOX 58<br>Fort Morgan, CO 80701-0058 | Wells Fargo<br>4701 S. Peoria St., #109<br>Denver, CO 80239-2850 | Woodhaven Management<br>c/o Hopkins, Tschetter, Sulzer PC<br>3600 S. Yosemite St. #828<br>Denver, CO 80237-1830 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capitol One Bank<br>P.O.Box 85015<br>Richmond, VA 23285 | Children's Hospital Colorado<br>PO Box 911611<br>Denver, CO 80291 | T-Mobile<br>PO Box 660252<br>Dallas, TX 75266 |
| TCF Bank<br>801 Marquette Ave<br>Minneapolis, MN 55402-3475 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

JP Morgan Chase Bank NA
c/o Integrity Solution Services, Inc.
20 Corporate Hills Dr.
Saint Charles, MO 63301-3749

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Carepoint, P.C.<br>PO Box 3495<br>Toledo, OH 43607-0495 | (u)Cavalry Portfolio Services | (u)Tryfon Hristopoulos of Hristopoulos & Comp |

End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74