**United States Bankruptcy Court**
**District of Colorado**

| In re: | Lilian Del Carmen Hernandez | ) ) ) ) ) ) ) | Bankruptcy No.: Trustee: Chapter: | 13-29105-EEB Dennis King 7 |
|---|---|---|---|---|
| | Debtor(s) | | | |

**Notice of Fees Required Pursuant to**
**28 U. S. C. § 1930(b) and for Payment Thereof**

To the Trustee assigned herein:

**NOTICE IS HEREBY GIVEN** that pursuant to the schedule of fees established by the Judicial Conference of the United States in accordance with 28 U.S.C. § 1930(b), the fees and miscellaneous charges described below are now due and payable to the Clerk of the Bankruptcy Court on behalf of and in satisfaction for an indebtedness to the United States Government. These fees and charges are due and payable only from the estate and to the extent there is any estate. **Please return your remittance by the date of filing of the Final Account accompanied by a copy of this notice.**

1. Fee for re-opening a case in accordance with 28 U. S. C. § 1930(b) . . . . . . . . . . .$260.00
2. Fee for IFPAsset Case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 0
3. Fee for commencing an adversary proceeding (Fee Schedule No. 6)

| Case Number | Date Filed | Defendant's Name |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

at $250 for each adversary proceeding commenced between September 20, 2005 and October 31, 2011 as follows: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 0

at $293 for each adversary proceeding commenced on and after November 1, 2011 as follows: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0

at $350 for each adversary proceeding commenced on and after June 1, 2014 as follows: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0

Fee for conversion (ch 11 to ch 7 - $15.00, ch 12 to ch 7 - $60.00, ch 13 to ch 7 - $25.00) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 0
(only if ch 7 trustee files an NOPD & fee wasn't previously paid)

4. **Total fees and miscellaneous charges due. . . . . . . . . . . . . . . . . . . . . . . . . . .$ 260**

Dated: 10/16/2019
(Rev. 8fntc 06/01/14)

FOR THE COURT:
Kenneth S. Gardner, Clerk

_J. Swanson_
By:
Deputy Clerk