**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LILIAN DEL CARMEN HERNANDEZ, | ) | Case No. 13-29105-EEB |
| SSN: xxx-xx-3177 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**APPLICATION TO CONTINUE EMPLOYMENT OF ONSAGER | FLETCHER |
JOHNSON LLC AS COUNSEL FOR CHAPTER 7 TRUSTEE**

Tom H. Connolly, as chapter 7 trustee ("Trustee") for the bankruptcy estate of Lilian Del Carmen Hernandez ("Debtor"), files this Application to Continue Employment of ONSAGER | FLETCHER | JOHNSON LLC as Counsel for the Chapter 7 Trustee (this "Application") as follows:

1.      On November 15, 2013, Debtor, filed for relief under chapter 7, title 11 of the United States Code [Docket No. 1].

2.      This case was closed on October 1, 2014 and reopened on March 5, 2019.  Dennis King was reappointed as the chapter 7 trustee when the bankruptcy case was reopened.

3.      On March 11, 2019, this Court entered an Order authorizing Mr. King to employ Connolly & Lofstedt, P.C. ("C&L") as counsel to Mr. King [Docket No. 35].

4.      On June 13, 2019, C&L and ONSAGER | FLETCHER | JOHNSON ("OFJ") filed their Joint Motion for Substitution of Counsel (the "Substitution Motion") [Docket No. 38], pursuant to which C&L sought entry of an Order authorizing C&L to withdraw and substituting OFJ as counsel to Mr. King. On June 14, 2019, the Court granted the Substitution Motion and authorized Mr. King to employ OFJ as of the date the Substitution Motion was filed [Docket No. 39].

5.      On March 20, 2020, Mr. King passed away.

6.      On March 27, 2020, Trustee was appointed as the successor chapter 7 in this case.

7.      Trustee seeks entry of an Order authorizing the continued employment of OFJ as his counsel in this case to defend the estate's interests in connection with pending litigation, marketing and selling property of the estate, and any other matters necessary to assist Trustee in carrying out his duties under the Bankruptcy Code.

8.      OFJ is well qualified to assist Trustee in this bankruptcy case in an efficient and timely manner.  A declaration of Joli A. Lofstedt (the "Declaration") in support of OFJ's qualifications to serve as counsel for Trustee is attached as **Exhibit A**.

9.      OFJ will charge for its fees and expenses incurred in this case based on its normal hourly rates charged by the firm for similar clients.  Ms. Lofstedt will be the attorney primarily responsible in this case, however other attorneys and paralegals may assist in this matter.  The current hourly rates for the attorneys and paralegals at OFJ are as follows:

| | |
|---|---|
| Joli A. Lofstedt | $350.00 per hour |
| Christian C. Onsager | $450.00 per hour |
| J. Brian Fletcher | $335.00 per hour |
| Andrew D. Johnson | $310.00 per hour |
| Alice A. White | $350.00 per hour |
| Gabrielle G. Palmer | $225.00 per hour |
| Charles R. Scheurich | $175.00 per hour |
| Paralegal(s) | $100.00 per hour |

10.      OFJ understands and acknowledges that any compensation paid to OFJ shall be subject to approval by the Court in accordance with the title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

11.      OFJ has not received a retainer in this matter.  As set forth more fully in the Declaration:

a.      OFJ does not hold or represent an interest adverse to Trustee, Debtor, or the bankruptcy estate of Debtor;

b.      OFJ's employees have no connection with the bankruptcy estate, Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee as set forth in the Declaration of Joli A. Lofstedt, submitted herewith, except that:

i.      Trustee and Ms. Lofstedt, Of Counsel to OFJ, are members of the panel of private trustees for the District of Colorado.

ii.      Trustee and Ms. Lofstedt were 50% shareholders of C&L until May 31, 2019, after which time Ms. Lofstedt became the sole owner of C&L. C&L changed its name to Joli Lofstedt, P.C. ("JLPC") on June 1, 2019.  Ms. Lofstedt conducts her Chapter 7 trustee work under JLPC. Trustee created a new limited liability company, Tom Connolly, LLC ("TCLLC").  As of June 1, 2019, Trustee conducts his trustee work under TCLLC. As of June 1, 2019, JLPC and TCLLC are independent of one another and there is no agreement between the two firms to share professional fees earned after June 1, 2019. JLPC is continuing to collect professional fees earned and pay expenses incurred by C&L prior to June 1, 2019.  Trustee did not work on the matter while at C&L and does not have any claim to the fees and expenses to be paid to C&L for its services in this matter.

2

    iii.  Ms. Lofstedt is the corporate secretary for private industrial companies of which Trustee, in his individual capacity, is the Chief Executive Officer, a director, and/or majority shareholder.

    iv.  C&L performed legal services for the private industrial companies of which Trustee is the Chief Executive Officer, a director, and/or majority shareholder. As of June 1, 2019, OFJ has performed legal services for such companies.

    v.  Trustee, in his capacity as trustee in other unrelated matters, has engaged C&L and OFJ as legal counsel.

    vi.  Ms. Lofstedt, in her capacity as a trustee, has engaged C&L and OFJ as counsel in other unrelated matters.

    c.  OFJ is disinterested, as that term is defined in 11 U.S.C. § 101(14).

  WHEREFORE, Trustee requests an Order authorizing the continued employment of ONSAGER | FLETCHER | JOHNSON LLC as counsel to Trustee and for such other relief as this Court may deem proper.

Dated:  April 6, 2020       Respectfully submitted,


           **ONSAGER | FLETCHER | JOHNSON LLC**


           *s/ Joli A. Lofstedt*
           Joli A. Lofstedt, #21946
           J. Brian Fletcher, #28629
           Gabrielle G. Palmer, #48948
           1801 Broadway, Suite 900
           Denver, Colorado 80202
           Phone: (303) 512-1123
           Fax: (303) 512-1129
           joli@OFJlaw.com
           jbfletcher@OFJlaw.com
           gpalmer@OFJlaw.com

           *Proposed Counsel for Tom H. Connolly as*
           *Chapter 7 Trustee*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I served a complete copy of this APPLICATION TO CONTINUE EMPLOYMENT OF ONSAGER | FLETCHER | JOHNSON LLC AS COUNSEL FOR CHAPTER 7 TRUSTEE on the following parties (and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Attorney Kelsey Jamie Buechler; via CM/ECF
Attorney Nicholas Craig Horvath; via CM/ECF
Attorney Daniel J. Vedra; via CM/ECF

By:  *s/ Misty L. Schlabaugh*
Misty L. Schlabaugh
